**FILED**

AUG 1 6 2017



CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-30109 |
| Plaintiff, | <u>REDACTED INDICTMENT</u> |
| vs. | SEXUAL ABUSE OF A MINOR and ABUSIVE SEXUAL CONTACT |
| DUANE MEDNANSKY, | 18 U.S.C. §§ 1153, 2243(a), 2244(b), 2246(2), and 2246(3) |
| Defendant. | |

The Grand Jury charges:

## COUNT I

On or about between the 1st day of May, 2013, and the 1st day of September, 2013, in Mellette County, in Indian country, in the District of South Dakota, Duane Mednansky, an Indian, did knowingly engage in, and attempt to engage in a sexual act with [Name Redacted], a child who had attained the age of 12 years but had not attained the age of 16 years and was at least 4 years younger than Duane Mednansky, in violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2).

## COUNT II

On or about between the 1st day of May, 2013, and the 1st day of September, 2014, in Mellette County, in Indian country, in the District of South Dakota, Duane Mednansky, an Indian, did knowingly engage in sexual contact

with [Name Redacted], without [Name Redacted]'s permission, in violation of 18 U.S.C. §§ 1153, 2244(b), and 2246(3).

A TRUE BILL:

**NAME REDACTED**

Foreperson

RANDOLPH J. SEILER
United States Attorney

By: _____