AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | |
| Duane Mednansky | ) | Case No.    CR. 17-30109 |
| *Defendant* | ) | |
| | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Duane Mednansky                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153, 2243(a), and 2246(2); SEXUAL ABUSE OF A MINOR
18 U.S.C. §§ 1153, 2244(b), and 2246(3); ABUSIVE SEXUAL CONTACT

Date:   August 16, 2017

*Issuing officer's signature*

City and state:   Pierre, SD

Deneen L. Clausen, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*