UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DUANE MEDNANSKY,**<br><br>Defendant. | 3:17-CR-30109-RAL<br><br>**ORDER FOR APPOINTMENT OF COUNSEL** |

( )   The Federal Public Defender has requested to withdraw from this case due to a conflict and in substitution therefor, CJA Panel Attorney _____ is appointed to represent the above-named defendant.  This appointment is based upon the Criminal Justice Act Plan for the District of South Dakota.

(X)   Defendant is charged with a felony or with a misdemeanor other than a petty offense.

(X)   Defendant is entitled to appointment of counsel under the Sixth Amendment to the Constitution.

( )   Defendant is charged with civil or criminal contempt and faces loss of liberty.

( )   Defendant is charged with a violation of probation, or faces a change of a term or condition of probation; defendant is entitled to appointment of counsel in parole proceedings.

( )   Defendant is charged with a violation of supervised release or faces modification, reduction, or enlargement of a condition or extension or revocation of a term of supervised release.

( )   Defendant is in custody as a material witness.

( )     Defendant has been called as a witness before a grand jury or the court and there is reason to believe, either prior to or during testimony, that the witness could be subject to a criminal prosecution, a civil or criminal contempt proceeding, or face loss of liberty.

( )     Defendant is proposed by the United States Attorney for proceeding under a pretrial diversion program.

( ) Other:     _____
               _____
               _____
               _____

If no CJA Form 23 Financial Affidavit has been submitted to the Judicial Officer, counsel appointed herein shall see to it that a completed CJA Form 23 is submitted to the Judicial Officer issuing this Order within five (5) days from the date the Order is entered. The appointment of counsel herein shall be subject to defendant satisfying the Court of his/her qualification for court-appointed counsel under 18 U.S.C. § 3006A.

(X)     IT IS ORDERED that the Federal Public Defender for the District of South Dakota shall be and is appointed effective August 22, 2017 to represent defendant in the above-entitled case for today's proceedings only.

( )     IT IS FURTHER ORDERED that defendant shall pay $_____ per month to the Clerk of the United States District Court to partially defray the costs of this representation. The payments shall be made by the _____ day of each month, commencing in _____, 20__, and shall continue until resolution of the case at the trial court level or until further order of a judicial officer of this District. If defendant's financial circumstances change significantly, he/she may file an amended financial affidavit and the Court shall thereafter consider whether the payment plan shall be modified.

        DATED this 22nd day of August, 2017.

                                        BY THE COURT:

                                        _____
                                        **MARK A. MORENO**
                                        **UNITED STATES MAGISTRATE JUDGE**