UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE MEDNANSKY,<br><br>Defendant. | CR 17-30109<br><br>REQUEST FOR DISCLOSURE |

Pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, the United States hereby requests forthwith the opportunity to inspect and copy or photograph any books, papers, documents, photographs, tangible objects, copies of portion thereof which are within your possession, custody or control and which you intend to introduce as evidence in chief at the trial in the above-captioned matter; as well as the results and reports of physical or mental examinations and scientific tests or experiments made in connection with this case or copies thereof which are within your possession or control and which you intend to introduce as evidence in chief at the trial or which were prepared by a witness you intend to call at the trial whose testimony would relate to such results or reports.

Pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure, the United States hereby moves for the production of witnesses' statements for the defense, and further requests that such statements be provided to the United States on the Friday before the trial in this matter is to commence.

Dated this 25th day of August, 2017.

RANDOLPH J. SEILER
United States Attorney

*/s/ Kirk W. Albertson*

Kirk W. Albertson
Assistant United States Attorney
P.O. Box 7240
Pierre, SD 57501-7240
Phone: (605) 224-5402
Fax: (605) 224-8305
E-mail: Kirk.Albertson@usdoj.gov
