AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

United States of America )
*Plaintiff* )
v. ) Case No. CR. 17-30109
Duane Mednansky )
*Defendant* )

**FILED AUG 29 2017** [Clerk signature]

RECEIVED 2017 AUG 16 PM 2:55 U.S. MARSHAL PIERRE, SD

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Duane Mednansky ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153, 2243(a), and 2246(2); SEXUAL ABUSE OF A MINOR
18 U.S.C. §§ 1153, 2244(b), and 2246(3); ABUSIVE SEXUAL CONTACT

Date:   August 16, 2017

[Signature]
*Issuing officer's signature*

City and state:   Pierre, SD

Deneen L. Clausen, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 8/22/2017
at *(city and state)* White River / SD .

Date: 8/22/2017

[Signature] Trevor Lumadue, DUSM
*Arresting officer's signature*

For: FBI SA Adam Rowland
*Printed name and title*