UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR17-30109 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| vs. | ) | |
| | ) | |
| DUANE MEDNANSKY, | ) | |
| | ) | |
| Defendant. | ) | |

ROBERT T. KONRAD hereby notes his appearance as counsel of record for Defendant

DUANE MEDNANSKY, in the above-entitled matter in the United States District Court

of South Dakota, Central Division.

Dated this 31st day of August, 2017.

OLINGER, LOVALD, McCAHREN, VAN CAMP
& KONRAD, P.C.
117 E. Capitol
PO Box 66
Pierre, SD 57501
rkonrad@olingerlaw.net
605-224-8851

_____
ROBERT T. KONRAD

CERTIFICATE OF SERVICES
The undersigned hereby certifies that on the 31st day of August, 2017, he e-filed and served a true and correct copy of the foregoing NOTICE OF APPEARANCE to Kirk Albertson, US Attorney's Office, at kirk.albertson@usdoj.gov via electronic ECF filing.

_____
Robert T. Konrad