UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DUANE MEDNANSKY,<br><br>　　　　　Defendant. | 3:17-CR-30109-RAL<br><br>ORDER REGARDING DISCOVERY |

　　　Upon the foregoing Stipulation and for good cause shown, it is hereby

　　　ORDERED that any discovery materials, including but not limited to statements and summaries of interviews of witnesses furnished by the prosecution to the defense, shall not be used by the Defendant or Defendant's attorney for any purpose other than in direct relationship to this case. Without the Court's permission, defense counsel shall not photocopy the materials or provide them to any third party, except to make copies for use of defense counsel, an investigator, or expert witness. No further dissemination of discovery material shall be made. Any and all copies of discovery materials shall be returned to defense counsel at the completion of the case so that they can be destroyed by defense counsel. Defense counsel shall otherwise keep the items furnished in defense counsel's possession, and the materials shall not be given to the Defendant or anyone else without the Court's permission. Defense counsel may allow the Defendant to read the discovery materials, but only in the presence of defense counsel, the defense investigator, or a defense expert. It is further

　　　ORDERED that all discovery materials not previously destroyed shall be returned to attorneys for the United States of America immediately upon final disposition of the case.

　　　DATED this 12th day of September, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERTO A. LANGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE