UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR17-30109 |
| ) | |
| Plaintiff, ) | |
| ) | CONSENT FOR CONTINUANCE |
| vs. ) | |
| ) | |
| DUANE MEDNANSKY, ) | |
| ) | |
| Defendant. ) | |

    I, DUANE MEDNANSKY, the Defendant herein, request a continuance of the trial.

    I have been advised of my constitutional and statutory right to a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C. 3161 *et seq.*

    I have reviewed the Motion to Continue Trial Setting and Related Pretrial Deadlines with my attorney, Robert T. Konrad, and I do consent to and agree to a postponement of the trial and request at least a 45-day continuance from the October 31, 2017 trial setting. I understand that this continuance is necessary in order for my counsel to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    I hereby waive the period of time allowed by this continuance for purposes of calculating the Speedy Trial deadline.

    Dated this 5th day of October, 2017.

                                                      /s/ Duane Mednansky
                                                    DUANE MEDNANSKY, Defendant