UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR17-30109 |
| Plaintiff, | ) | |
| | ) | SECOND MOTION |
| vs. | ) | FOR CONTINUANCE |
| | ) | |
| DUANE MEDNANSKY, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Duane Mednansky, by and through his attorney, Robert T. Konrad, and moves the Court for a continuance in this matter. Defendant moves the Court for a continuance of all deadlines and the trial. An extension of sixty (60) days for all deadlines and the trial is requested as Defendant is still investigating the case, The Undersigned has reviewed this motion with Assistant United States Attorney, Kirk Albertson, and the undersigned he has no objections to this Motion for Continuance.

Dated this 6th day of December, 2017.

OLINGER, LOVALD, MCCAHREN, VAN CAMP & KONRAD, P.C.
117 E. Capitol
PO Box 66
Pierre, SD 57501-0066
rkonrad@olingerlaw.net
605-224-8851

ROBERT T. KONRAD
Attorney for Defendant

1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of December, 2017, he electronically filed a correct copy of the foregoing Second Motion for Continuance to Kirk Albertson, U.S. Attorney's Office, at kirk.albertson@usdoj.gov , via electronic ECF filing.

_____
ROBERT T. KONRAD