UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| UNITED STATES OF AMERICA, | 3:17-CR-30109-RAL |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING CONTINUANCE AND SCHEDULING ORDER |
| DUANE MEDNANSKY, | |
| Defendant. | |

Defendant Duane Mednansky moves for a continuance. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant in a speedy trial insofar as defense counsel has made known to the Court that additional time is needed to investigate this matter. Based on the foregoing, it is therefore

ORDERED that Defendant's motion is granted. It is further

ORDERED that the following deadlines shall now apply to this case:

| Suppression/voluntariness motions | December 26, 2017 |
|---|---|
| Responses to suppression/voluntariness motions due | Within seven calendar days after motion is filed |
| Subpoenas for suppression hearing | December 26, 2017 |
| Suppression/voluntariness hearing before Magistrate Judge Mark Moreno | If necessary, to be held prior to January 9, 2018 |

1

| Applications for Writ of Habeas Corpus Ad Testificandum | January 16, 2018 |
|---|---|
| Other non-limine motions | January 23, 2018 |
| Responses to other non-limine motions due | Within seven calendar days after motion is filed |
| Subpoenas for trial | January 23, 2018 |
| Plea agreement or petition to plead and statement of factual basis | January 23, 2018 |
| Notify court of status of case | January 23, 2018 |
| Motions in limine | January 29, 2018 |
| Proposed jury instructions due | January 29, 2018 |
| Pretrial conference | Monday, February 05, 2018, at 2 p.m. |
| Jury trial | Tuesday, February 06, 2018, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the Court's previous orders remain in effect unless specifically changed herein.

DATED this 11th day of December, 2017.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE