UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE MEDNANSKY,<br><br>Defendant. | 3:17-CR-30109-RAL<br><br>ORDER GRANTING CONTINUANCE<br>AND SCHEDULING ORDER |
|---|---|

Defendant Duane Mednansky moves for a continuance. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant in a speedy trial insofar as defense counsel has made known to the Court that additional time is needed to investigate this matter. Based on the foregoing, it is therefore

ORDERED that Defendant's motion is granted. It is further

ORDERED that the following deadlines shall now apply to this case:

| Suppression/voluntariness motions | February 20, 2018 |
|---|---|
| Responses to suppression/voluntariness motions due | Within seven calendar days after motion is filed |
| Subpoenas for suppression hearing | February 20, 2018 |
| Suppression/voluntariness hearing before Magistrate Judge Mark Moreno | If necessary, to be held prior to March 6, 2018 |

1

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | March 13, 2018 |
| Other non-limine motions | March 20, 2018 |
| Responses to other non-limine motions due | Within seven calendar days after motion is filed |
| Subpoenas for trial | March 20, 2018 |
| Plea agreement or petition to plead and statement of factual basis | March 20, 2018 |
| Notify court of status of case | March 20, 2018 |
| Motions in limine | March 26, 2018 |
| Proposed jury instructions due | March 26, 2018 |
| Pretrial conference | Monday, April 02, 2018, at 2 p.m. |
| Jury trial | Tuesday, April 03, 2018, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the Court's previous orders remain in effect unless specifically changed herein.

DATED this 6th day of February, 2018.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE

2