## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR17-30109 |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSENT FOR CONTINUANCE |
| vs. | ) | |
| | ) | |
| DUANE MEDNANSKY, | ) | |
| | ) | |
| Defendant. | ) | |

I, DUANE MEDNANSKY, the Defendant herein, request a continuance of the trial.

I have been advised of my constitutional and statutory right to a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C. 3161 *et seq.*

I have reviewed the Motion to Continue Trial Setting and Related Pretrial Deadlines with my attorney, Robert T. Konrad, and I do consent to and agree to a postponement of the trial and request at least a 30-day continuance from the April 3, 2018 trial setting. I understand that this continuance is necessary in order for my counsel to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

I hereby waive the period of time allowed by this continuance for purposes of calculating the Speedy Trial deadline.

Dated this 30 day of March, 2018.

DUANE MEDNANSKY, Defendant