UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE MEDNANSKY,<br><br>Defendant. | 3:17-CR-30109-RAL<br><br>ORDER GRANTING CONTINUANCE<br>AND SCHEDULING ORDER |

Defendant Duane Mednansky moves for a continuance. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant in a speedy trial insofar as defense counsel has made known to the Court that additional time is needed to investigate this matter. Based on the foregoing, it is therefore

ORDERED that Defendant's motion is granted. It is further

ORDERED that the following deadlines shall now apply to this case:

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | April 24, 2018 |
| Other non-limine motions | May 1, 2018 |
| Responses to other non-limine motions due | Within seven calendar days after motion is filed |
| Subpoenas for trial | May 1, 2018 |
| Plea agreement or petition to plead and statement of factual basis | May 1, 2018 |
| Notify court of status of case | May 1, 2018 |

| Motions in limine | May 7, 2018 |
| Proposed jury instructions due | May 7, 2018 |
| Pretrial conference | Monday, May 14, 2018, at 2 p.m. |
| Jury trial | Tuesday, May 15, 2018, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence.  18 U.S.C. § 3161(h)(7)(A).

All other provisions of the Court's previous orders remain in effect unless specifically changed herein.

DATED this 2nd day of April, 2018.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE