UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE MEDNANSKY,<br><br>Defendant. | 3:17-CR-30109-RAL<br><br>ORDER GRANTING CONTINUANCE<br>AND SCHEDULING ORDER |

Defendant Duane Mednansky moves for a continuance. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant in a speedy trial insofar as defense counsel has made known to the Court that additional time is needed to investigate this matter and for further plea negotiations. Based on the foregoing, it is therefore

ORDERED that Defendant's motion is granted. It is further

ORDERED that the following deadlines shall now apply to this case:

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | June 5, 2018 |
| Other non-limine motions | June 12, 2018 |
| Responses to other non-limine motions due | Within seven calendar days after motion is filed |
| Subpoenas for trial | June 12, 2018 |

1

| | |
|---|---|
| Plea agreement or petition to plead and statement of factual basis | June 12, 2018 |
| Notify court of status of case | June 12, 2018 |
| Motions in limine | June 18, 2018 |
| Proposed jury instructions due | June 18, 2018 |
| Pretrial conference | Monday, June 25, 2018, at 2 p.m. |
| Jury trial | Tuesday, June 26, 2018, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the Court's previous orders remain in effect unless specifically changed herein.

DATED this 15th day of May, 2018.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE